■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND BURKE, Appellant. [732 NYS2d 614] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw his plea of guilty to burglary in the first degree (Penal Law § 140.30 [2]) or to vacate the judgment of conviction, defendant failed to preserve for our review his contention that his plea was not voluntarily, intelligently or knowingly

entered (*see, People v Lopez,* 71 NY2d 662, 665; *People v DeJesus,* 248 AD2d 1023, *lv denied* 92 NY2d 879). In any event, that contention is without merit. Contrary to defendant's contention, there is no requirement that defendant personally recite the facts underlying the crime (*see, People v Every,* 272 AD2d 947, 947-948, *lv denied* 95 NY2d 865; *People v Kinch,* 237 AD2d 830, 831, *lv denied* 90 NY2d 860; *see generally, People v Nixon,* 21 NY2d 338, 353-355). (Appeal from Judgment of Onondaga County Court, Fahey, J.—Burglary, 1st Degree.) Present—Pine, J. P., Scudder, Burns, Gorski and Lawton, JJ.